UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SHU JUN ZHEN,**<br>a/k/a "Yan Feng Chen,"<br>a/k/a "Chunyan Li,"<br><br>**JIANFEI LU,**<br>a/k/a "Xian Le Li,"<br><br>**MAOXUAN XIA,**<br>a/k/a "Xin Lin,"<br>a/k/a "Xiang Lin,"<br>a/k/a "Zhiyue Qin,"<br><br>        **Defendants.** | Case Number 3:24-cr-64-FDW |

## EMERGENCY MOTION TO REDACT AND SUBSTITUTE PREVIOUSLY FILED DOCUMENTS

Pursuant to Federal Rule of Criminal Procedure 49.1, the Government, by and through the undersigned counsel, respectfully requests that the Detention Memos filed by the Government on April 19, 2024 (ECF No. 13, Attachment 2; ECF No. 15, Attachment 2; and ECF No. 16, Attachment 2), be substituted by amended documents because the previously-filed documents contain personal identifiers.

The amended documents without personal identifiers have been filed in this case.

//

//

//

//

Dated: April 23, 2024

                                      MARLON COBAR, Chief
                                      Narcotic and Dangerous Drug Section
                                      U.S. Department of Justice
                                      Washington, D.C. 20530

                                      */s/ Melanie L. Alsworth*
                                      Melanie L. Alsworth
                                      Acting Assistant Deputy Chief
                                      Narcotic and Dangerous Drug Section
                                      U.S. Department of Justice
                                      Criminal Division
                                      145 N Street, Northeast
                                      East Wing, Second Floor
                                      Washington, D.C. 20530
                                      202-598-2285
                                      Melanie.Alsworth2@usdoj.gov