UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-00064-FDW-SCR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| SHU JUN ZHEN | ) | |
| JIANFEI LU | ) | |
| MAOXUAN XIA, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the United States's Emergency Motion to Redact/Substitute, (Doc. No. 21), certain exhibits containing Defendants' personal identifying information. For the reasons set forth below, the United States's Motion is **GRANTED IN PART** and **DENIED IN PART**. The Court notes the documents at issue have already been filed with redactions as Doc. Nos. 18, 19, and 20. The Court will not substitute the original exhibits with those redacted filings. Instead, consistent with the United States's motion, the Court **DIRECTS** the Clerk of Court to **SEAL** Doc. Nos. 13-2, 15-2, and 16-3. Based on the Court's review of the record, the aforementioned documents contain personal identifying information.

**IT IS THEREFORE ORDERED** that the United States's Emergency Motion to Redact/Substitute, (Doc. No. 21), is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Doc. Nos. 13-2, 15-2, and 16-3 be **SEALED**.

**IT IS SO ORDERED.**

Signed: April 25, 2024

Frank D. Whitney
United States District Judge

1